UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00178-RJC-SCR

| | |
|---|---|
| THOMAS CARROLL COOPER, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HOUSE OF HARMONY and )<br>HARMONY RECOVERY GROUP )<br>)<br>Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court sua sponte.

Plaintiff, who is proceeding pro se, brings this suit against House of Harmony and Harmony Recovery Group, alleging that he was injured when a building collapsed on him. (Doc. No. 1 at 4). Recently, two pieces of mail were returned as undeliverable. (*See* Doc. Nos. 5, 6). Plaintiff provided a Texas address on his Complaint, but also indicated that he was currently incarcerated at Greenville County Detention Center in Greenville, South Carolina. Plaintiff has not advised the Court of a change of address.

Thus, it appears that Plaintiff may have abandoned this action. Plaintiff shall, within **fourteen (14) days** of this Order, update his address of record and inform the Court whether he intends to proceed with this action. Failure to comply with this

1

Order will result in dismissal of this action without prejudice and this case's closure without further notice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff **shall have fourteen (14) days from the date of this Order** in which to update his address of record and inform the Court whether he intends to proceed with this action. If Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice.

The Clerk is respectfully directed to mail copies of this Order to the Plaintiff at both the Texas address he provided in the Complaint as well as at the Greenville County Detention Center.

**IT IS SO ORDERED.**
Signed: April 26, 2024

Robert J. Conrad, Jr.
United States District Judge